**Dismissed and Memorandum Opinion filed March 17, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00749-CV

**MASON SENIOR, Appellant**

**V.**

**BEVERLY CUMMINGS, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1047644**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 16, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.